IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ANDERSON MORRISON,<br><br>Petitioner,<br><br>v.<br><br>STEVEN ACQUISTO, et al.,<br><br>Respondents. | No. 2:24-CV-0631-DMC-P<br><br><br><br>ORDER |

       Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion for leave to proceed in forma pauperis, ECF No. 2.  Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that Petitioner is unable to prepay fees and costs or give security therefor.

       Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for leave to proceed in forma pauperis, ECF No. 2, is granted.

Dated:  February 28, 2024

                                             _____
                                             DENNIS M. COTA
                                             UNITED STATES MAGISTRATE JUDGE