IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT ANDERSON MORRISON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. GAMBOA,<br><br>　　　　Respondent. | No. 2:24-CV-0631-DMC-P<br><br><br>ORDER |

　　　　Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's motion for fee waiver, ECF No. 24.

　　　　On September 10, 2024, this action was dismissed and the case closed for failure to exhaust claims and because Petitioner's Fourth Amendment claims were previously litigated in the state court, such claims are not cognizable. See ECF No. 22. On November 21, 2025, Petitioner filed a motion for fee waiver in this action and in two other cases (citing Case Nos. 2:25-cv-2723-DJC-CKD and 2:23-cv-00559-KJM-EFB). See ECF No. 24. The purpose of the motion is not entirely clear, but Petitioner appears to request the waiver of the filing fee associated with the active civil action in Case No. 2:25-cv-2723-DJC-CKD as the other two cases are closed.

/ / /

1   To the extent Petitioner intended this motion to apply to this closed habeas corpus action, it is
2   DENIED. The Clerk's Office is instructed not to accept any further documents for filing in this
3   case.
4           IT IS SO ORDERED.
5   Dated:  December 8, 2025

                                                DENNIS M. COTA
                                                UNITED STATES MAGISTRATE JUDGE